IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL ALLEN DUBYAK, | ) | No. C 09-4476 JSW (PR) |
| Petitioner, | ) | |
| | ) | **ORDER OF TRANSFER** |
| vs. | ) | |
| | ) | |
| BEN CURRY, Warden,, | ) | (Docket No. 2) |
| Respondent. | ) | |

    Petitioner, a prisoner of the State of California currently incarcerated at the Correctional Training Facility in Soledad, California, has filed a petition for a writ of habeas corpus in this Court challenging the constitutionality of his state conviction from San Bernardino County.   Petitioner has filed an application to proceed *in forma pauperis* (docket no. 2).

    Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d).  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Central District of California forthwith.  In light of the transfer, this Court will not resolve Petitioner's pending motion (docket no. 2).

    IT IS SO ORDERED.

DATED: April 27, 2010

                                                       *Jeffrey S. White*
                                           JEFFREY S. WHITE
                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL A DUBYAK,<br><br>        Plaintiff,<br><br>  v.<br><br>BEN CURRY et al,<br><br>        Defendant. | Case Number: CV09-04476 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Samuel Allen Dubyak
CTF-Central
D54700
P.O. Box 689
Soledad, CA 93960-0689

Dated: April 27, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk