# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAMUEL ALLEN DUBYAK,     )   Case No.  EDCV 10-647-VBF (DTB)

            Petitioner, )

       vs.                )   **J U D G M E N T**

R. GROUNDS, Warden,       )

            Respondent. )

                         )

                         )

                         )

                         )

In accordance with the Order Summarily Dismissing First Amended Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that the this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:     June 9, 2011

                         *Valerie Baker Fairbank*

                       VALERIE BAKER FAIRBANK
                       UNITED STATES DISTRICT JUDGE